IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:01CR00083 |
| Julie M Young | ) | |
| | ) | |

### ORDER TERMINATING PROBATION

The above named was placed on Probation on May 9, 2002 for a period of Three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 18th day of January, 2005

United States Magistrate Judge