IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                : CRIMINAL NO: CR-1-01-083
                            : MAGISTRATE JUDGE HOGAN

**JULIE M. YOUNG,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                Respectfully submitted,

                GREGORY G. LOCKHART
                United States Attorney


                s/Deborah F. Sanders
                DEBORAH F. SANDERS (0043575)
                Assistant United States Attorney
                Attorney for Plaintiff
                303 Marconi Boulevard
                Suite 200
                Columbus, Ohio 43215
                (614) 469-5715
                Fax: (614) 469-5240
                Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\young, julie sat.wpd